957 A.2d 1179

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Cyprian DIAZ, Petitioner.**

**No. 81 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 1, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of October, 2008, the Petition for Extension of Time to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner is directed to file

504

his Petition for Allowance of Appeal within 15 days of the entry of this order.